IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO LOPEZ MARTINEZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF DELANO, et al., )<br>)<br>Defendants. )<br>_____) | **OLD** Case No:<br>1:05-cv-01037-AWI-**SMS**<br><br>**ORDER REASSIGNING CASE**<br>**TO MAGISTRATE JUDGE**<br>**THERESA A. GOLDNER**<br><br>**NEW** Case No:<br>1:05-cv-01037-AWI-**TAG**<br><br>**Mandatory Scheduling Conference**:<br>Date: *to be set post-consent*<br>Time: *to be set post-consent*<br>Place: Bakersfield, CA |

IT IS HEREBY ORDERED that this case be reassigned from the docket of Magistrate Judge Sandra M. Snyder to the docket of Magistrate Judge Theresa A. Goldner, and that all future pleadings and/or correspondence hereinafter be correctly numbered as:

**1:05-cv-01037-AWI-TAG**

The parties are advised that future use of an incorrect case number, including the magistrate judge's initials, may result in misdirection and/or miscalendaring by the appropriate judicial officer or staff.

//

1  Further, the parties are in the process of executing the
2 court's appropriate consent form.  Once that is accomplished, Judge
3 Ishii will then order this case reassigned solely to the docket of
4 Judge Goldner.  At that time, the case number/initials will change
5 once again to 1:05-cv-0137-TAG, and the Mandatory Scheduling
6 Conference must then be set and held before Judge Goldner at 1200
7 Truxtun Avenue, Suite 120, Bakersfield, CA, 93301.
8 IT IS SO ORDERED.

**Dated:   November 21, 2005**          **/s/ Sandra M. Snyder**
icido3                                   UNITED STATES MAGISTRATE JUDGE

2