IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO LOPEZ-MARTINEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF DELANO, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____) | Case No.: 1:05-cv-01037 TAG <br><br> ORDER CONTINUING <br> FURTHER STATUS CONFERENCE <br> AND ORDER TO APPEAR AT <br> FURTHER STATUS CONFERENCE <br><br> ORDER TO SHOW CAUSE WHY CASE <br> SHOULD NOT BE DISMISSED FOR FAILURE <br> TO COMPLY WITH COURT ORDERS <br> AND FAILURE TO PROSECUTE <br><br> ORDER SETTING <br> ORDER TO SHOW CAUSE HEARING <br> AND ORDER TO APPEAR AT <br> ORDER TO SHOW CAUSE HEARING |

On August 10, 2005, Plaintiff filed the complaint in this action, alleging civil rights violations. (Doc. 1). On February 17, 2006, this Court issued a Scheduling Order setting deadlines for discovery, motion dates, and settlement conference, pretrial conference, and trial dates. (Doc. 23). On January 1, 2007, this Court issued a written order granting the motion of Plaintiff's counsel to withdraw from representing Plaintiff in this action. (Doc. 27). By minute order dated January 17, 2007, this Court set a Status Conference for February 22, 2007 at 10:00 a.m.. (Doc. 28). Plaintiff failed to appear at the Status Conference. At the Status Conference, the Court set a Further Status Conference for March 9, 2007 at 10:00 a.m. before the undersigned, ordered that Plaintiff appear at the Further Status Conference, and warned that failure to appear would result in sanctions, including dismissal of the case. (Doc. 32).

///

Good cause appearing, the Court makes the following ORDERS:

1. The Further Status Conference currently set for March 9, 2007 at 10:00 a.m. is continued to Monday, March 26, 2007 at 9:30 a.m. before United States Magistrate Judge Theresa A. Goldner, in the United States District Court Courtroom at 1300 18th Street, Bakersfield, California, 93301;

2. Plaintiff and counsel for the Defendants SHALL PERSONALLY APPEAR, at the Further Status Conference, on Monday, March 26, 2007 at 9:30 a.m. before Judge Goldner in the United States District Court Courtroom at 1300 18th Street, Bakersfield, California, to discuss the status of this action. Failure to appear at the Further Status Conference on Monday March 26, 2007 at 9:30 a.m. may result in sanctions, including dismissal of this action;

3. It is FURTHER ORDERED that the parties, no later than March 22, 2007, must show cause in writing why sanctions, including dismissal of this action, should not be imposed for failure to comply with the Court's orders and for failure to prosecute this action;

4. It is FURTHER ORDERED that an Order to Show Cause Hearing is set for Monday, March 26, 2007 at 9:30 a.m. before Judge Goldner in the United States District Court Courtroom at 1300 18th Street, Bakersfield, California, and that Plaintiff Francisco Lopez-Martinez SHALL PERSONALLY APPEAR at the Order to Show Cause Hearing and explain why sanctions should not be imposed upon him, and this action should not be dismissed, pursuant to Local Rule 11-110 for failure to comply with Court orders and for failure to prosecute this action; and

5. It is further ORDERED that counsel for Defendants SHALL PERSONALLY APPEAR at the March 26, 2007 Order to Show Cause Hearing.

IT IS SO ORDERED.

Dated:   **March 2, 2007**                             **/s/ Theresa A. Goldner**
**j6eb3d**                                             UNITED STATES MAGISTRATE JUDGE